# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ROUSAY, | ) | 1:07cv0243 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 7) |
| | ) | |
| GEORGE BUSH, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff Richard Rousay, ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant civil rights action on February 15, 2007.

    On May 9, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations dated May 9, 2007, is ADOPTED IN FULL;

3  and

4  2. The action is DISMISSED.

5  This terminates this action in its entirety.

7  IT IS SO ORDERED.

8  **Dated:   June 27, 2007**                              **/s/ Anthony W. Ishii**
                                                                            UNITED STATES DISTRICT JUDGE